UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNDA BRUMMETT; GREG SISSON; THE ESTATE OF DANIEL SISSON,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; WILLIAM D. GORE; DOES 1-50, inclusive,<br><br>Defendants. | No. 12cv1428-BAS (BGS)<br><br>**SPECIAL VERDICT**<br><br>Courtroom<br>Honorable Cynthia Bashant<br>Trial Date: October 28, 2014 |

CIVIL RIGHTS

1. Individual Liability – Deliberate Indifference

Do you find, by a preponderance of the evidence, that any individual defendant violated Daniel Sisson' rights under 42 U.S.C. § 1983?

Please answer "yes" or "no" as to each defendant:

|                        | Yes | No |
|------------------------|-----|----|
| Nurse Mary Abiaro      | X   |    |
| Nurse Evelyn Morales   | X   |    |
| Deputy Noel Sheahan    |     | X  |
| Deputy Michael Fleek   |     | X  |

2. County of San Diego Liability – Heroin Detoxification Policy

Do you find, by a preponderance of the evidence, that plaintiff has proved that the County's heroin detoxification customs and practices violated Daniel Sisson's rights under 42 U.S.C. § 1983?

Please answer "yes" or "no."     X Yes     ___ No

1

3. County of San Diego Liability – Hourly Security Check Policy

Do you find, by a preponderance of the evidence, that plaintiff has proved that the County's cell check policy violated Daniel Sisson's rights under 42 U.S.C. § 1983?

Please answer "yes" or "no."     X Yes     ___ No

4. County of San Diego Liability – Failure to Train

Do you find, by a preponderance of the evidence, that plaintiff has proved that the County's failure to train its employees violated Daniel Sisson's rights under 42 U.S.C. § 1983?

Please answer "yes" or "no."     X Yes     ___ No

## DAMAGES – CIVIL RIGHTS

*(If you have answered "yes" to any of the above questions, please answer the following question. If you have answered "no" please proceed to Question No. 5.)*

What is appropriate amount of damages you find that will adequately compensate the Estate of Daniel Sisson for his pre-death pain and suffering and his own wrongful death?

Please state the amount.     $ 3,000,000.00
Three Million

## WRONGFUL DEATH

5. Individual Liability – Wrongful Death

Have plaintiffs proved, by a preponderance of the evidence, that the negligence of any of the following defendants was a substantial factor in causing Daniel Sisson's death?

Answer "yes" or "no" as to each defendant.

|  | Yes | No |
|---|---|---|
| Nurse Mary Abiaro | ___ | X |
| Nurse Evelyn Morales | ___ | X |
| Deputy Noel Sheahan | ___ | X |
| Deputy Michael Fleek | ___ | X |

## DAMAGES – WRONGFUL DEATH

*(If you have answered "yes" to any of the above questions, please answer the following questions.)*

What is the appropriate amount of damages you find will adequately compensate Plaintiffs Shaunda Brummett and Greg Sisson for the loss of the companionship, love and affection of Daniel Sisson?

Please state the amount.              $ _____

Do you find that Daniel Sisson's own negligence inside the jail was a substantial factor in causing his death?

Please answer "yes" or "no".    ___ Yes    X No

*(If you have answered "yes" to the above question, please answer the following question.)*

Please determine the percentage of fault you attribute to Daniel Sisson himself:

_____ %

Please date, sign and return this special verdict form.

DATED: 11/10/14

*Juror #3*
Presiding Juror