# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNDA BRUMMETT; GREG SISSON, THE ESTATE OF DANIEL SISSON,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; WILLIAM D. GORE; DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 12-cv-1428-BAS(BGS)<br><br>**AMENDED JUDGMENT** |

This action came to trial on October 28, 2014. A jury of nine persons was regularly impaneled, sworn and agreed to try the case brought by Plaintiffs SHAUNDA BRUMMETT, GREG SISSON and THE ESTATE OF DANIEL SISSON against Defendants COUNTY OF SAN DIEGO, ELLEN GUADALUPE, MARY ABIARO, EVELYN MORALES, NOEL SHEAHAN AND MICHAEL FLEEK. Witnesses were sworn and testified.

At the conclusion of the evidence, the Court granted Judgment as a matter of law pursuant to Rule 50 in favor of Defendant ELLEN GUADALUPE as to all claims of all Plaintiffs.

After hearing the evidence and argument of counsel, the jury was instructed by the Court and the case was submitted to the jury as to the remaining parties.

The jury deliberated and, on November 10, 2014, returned into court with its verdict.

The verdict is in favor of Plaintiff THE ESTATE OF DANIEL SISSON for Civil Rights violations, and awards Plaintiff THE ESTATE OF DANIEL SISSON $3,000,000.00 for his pre-death pain and suffering and his own wrongful death.

The verdict is in favor of the County of San Diego, MARY ABIARO and EVELYN MORALES as to all claims brought by Plaintiffs SHAUNDA BRUMMETT and GREG SISSON.

The verdict is in favor of Defendants NOEL SHEAHAN and MICHAEL FLEEK as to all claims brought by all Plaintiffs.

The Court ORDERS JUDGMENT for Plaintiff THE ESTATE OF DANIEL SISSON as follows:

1. Plaintiff THE ESTATE OF DANIEL SISSON'S first cause of action for Deliberate Indifference in violation of Daniel Sisson's rights under 42 U.S.C. § 1983, against Defendant MARY ABIARO, is ENTERED;
2. Plaintiff THE ESTATE OF DANIEL SISSON'S first cause of action for Deliberate Indifference in violation of Daniel Sisson's rights under 42 U.S.C. § 1983, against Defendant EVELYN MORALES, is ENTERED;
3. Plaintiff THE ESTATE OF DANIEL SISSON'S second cause of action that Defendant COUNTY OF SAN DIEGO'S custom and practice regarding its Heroin Detoxification Policy is in violation of Daniel Sisson's rights under 42 U.S.C. § 1983, against Defendant COUNTY OF SAN DIEGO, is ENTERED;
4. Plaintiff THE ESTATE OF DANIEL SISSON'S third cause of action that Defendant COUNTY OF SAN DIEGO'S Hourly Security Check Policy is in violation of Daniel Sisson's rights under 42 U.S.C. § 1983, against Defendant COUNTY OF SAN DIEGO, is ENTERED;

5. Plaintiff THE ESTATE OF DANIEL SISSON'S fourth cause of action that Defendant COUNTY OF SAN DIEGO'S Failure to Train its Jail Staff is in violation of Daniel Sisson's rights under 42 U.S.C. § 1983, against Defendant COUNTY OF SAN DIEGO, is ENTERED; and

6. The Jury's Verdict, dated November 11, 2014, against Defendant COUNTY OF SAN DIEGO in favor of THE ESTATE OF DANIEL SISSON for $3,000,000.00 is ENTERED.

The Court ORDERS JUDGMENT for Defendants as follows:

1. Judgment in favor of COUNTY OF SAN DIEGO, MARY ABIARO and EVELYN MORALES as to all claims brought by Plaintiffs SHAUNDA BRUMMETT and GREG SISSON is ENTERED;

2. Judgment in favor of NOEL SHEAHAN and MICHAEL FLEEK as to all claims brought by Plaintiffs SHAUNDA BRUMMETT, GREG SISSON and the ESTATE OF DANIEL SISSON is ENTERED;

3. Judgment in favor of ELLEN GUADALUPE as to all claims brought by Plaintiffs SHAUNDA BRUMMETT, GREG SISSON and THE ESTATE OF DANIEL SISSON is ENTERED.

This Amended Judgment vacates and supersedes the Judgment entered on November 13, 2014.

**IT IS SO ORDERED.**

DATED: November 14, 2014

_____
Hon. Cynthia A. Bashant
United States District Judge
Southern District of California