# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNDRA BRUMMETT, GREG SISSON, ESTATE OF DANIEL SISSON,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, DOES 1–50 inclusive,<br><br>Defendants. | Case No. 12-cv-1428 BAS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE ORAL ARGUMENT ON PLAINTIFFS' MOTION**<br><br>**[ECF 116]** |

On November 24, 2014, the plaintiffs in this matter moved for attorneys' fees and costs. ECF 116. At the January 22, 2015 hearing on the defendants' then-pending motions, the Court set oral argument for the attorneys' fees motion for Wednesday, January 28, 2015. Then, the parties jointly moved to continue the hearing until January 29, 2015. ECF 144. Good cause appearing, the Court **GRANTS** the joint motion to continue oral argument. Accordingly, the Court

1 **ORDERS** the parties to appear for oral argument on the pending motion for
2 attorneys' fees and costs on **January 29, 2015** at **10:00 a.m.** in Courtroom 4B.
3    **IT IS SO ORDERED.**
4 Dated: January 26, 2015

*[signature]*
Hon. Cynthia Bashant
United States District Judge